IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-_____

TODD ROWELL, in his individual capacity,
MATTHEW KING, in his individual capacity, and
CURTIS BRAMMER, in his individual capacity,

    Plaintiffs,

v.

PHILIP J. WEISER, in his official capacity as
the Attorney General for the State of Colorado, and
JARED POLIS, in his official capacity as the
Governor for the State of Colorado,

    Defendants.

---

**NOTICE OF RELATED CASES**

---

    Plaintiffs inform the Court pursuant to D.C.COLO.LCivR 3.2, that this case is related to the following case currently pending in this United States District Court: *United States of America v. State of Colorado et al.*, Case No. 1:25-cv-01391-GPG-KAS.

    Additionally, this case is related to the following case currently pending in Colorado state court: *State of Colorado ex rel. Weiser v. Zwinck*, Case No. 2025CV30303 (Colo. 21st Jud. Dist. Ct.).

1

|  |  |
|---|---|
| Dated: August 7, 2025 | Respectfully Submitted,<br><br>/s/ *Todd M. Starr*<br>Todd M. Starr, Esq.<br>John Rhoads, Esq.<br>David Schwenke, Esq.<br>Mesa County Attorney's Office<br>Dept 5004, P.O. Box 20,000<br>544 Rood Ave<br>Grand Junction, CO  81502<br>(970) 244-1612<br>todd.starr@mesacounty.us<br>john.rhoads@mesacounty.us<br>david.schwenke@mesacounty.us<br><br>and<br><br>Andrew B. Clauss, Esq.<br>Chris W. Brophy, Esq.<br>Jeana M. Mason, Esq.<br>Jacob W. Carruthers, Esq.<br>DINSMORE & SHOHL LLP<br>1775 Sherman Street, Suite 2600<br>Denver, Colorado 80203<br>(303) 831-6971<br>andrew.clauss@dinsmore.com<br>chris.brophy@dinsmore.com<br>jeana.mason@dinsmore.com<br>jacob.carruthers@dinsmore.com<br><br>*Attorneys for Plaintiffs* |