# Exhibit 1

# Mesa County Sheriff's Office

**Sheriff Todd Rowell**



215 Rice Street
P.O. Box 20,000
Grand Junction, CO 81502

970-244-3500 Phone
970-244-3503 Fax
www.sheriff.mesacounty.us

July 22nd, 2025

To:     Cpt. Curtis Brammer

From:  Art Smith, Operation Division Chief

Re:     AXON Standards EVT-00001149

CC:     Professional Standards Unit

## <u>Documentation of Verbal Counseling</u>

**Summary of Facts Leading to Verbal Counseling:**

The above referenced Professional Standards Unit (PSU) investigation revealed misconduct on the part of K9 Deputy Alex Zwinck and K9 Deputy Erik Olson beginning prior to 05/20/25 and running through 06/13/2025.  Sgt. Joe Lemoine was the direct supervisor of Deputy Zwink and Deputy Olson at all times relevant.  Lt. Bucky Holdren was the direct supervisor of Sgt. Joe LeMoine at all times relevant.  You were the direct supervisor of Lt. Holdren at all times relevant.

The investigation revealed a series of incidents, beginning prior to 05/20/25, in which Deputy Zwinck and Olson assisted, detained and/or provided direction of travel and vehicle identification information to HSI/ICE personnel <u>after</u> having learned HSI/ICE officers wished to contact subjects of their traffic stops <u>solely for the purpose of enforcing civil immigration violations</u>.

The actions undertaken by Deputy Zwinck and Olson, were in violation of two separate directives, issued on 02/08/24 and 01/30/25, respectively.  There is a preponderance of evidence their actions were in violation of C.R.S 24-76.6-102 prior to the passage of SB25-276.  There is a preponderance of evidence their actions were in violation of provisions of SB25-276, post its passage on 05/23/25.

Their actions were contrary to our agency's years old policing philosophy and practice of **not** investigating, enforcing or assisting in the enforcement of civil immigration violations.

In January of 2025, there was a well-publicized federal/federal law enforcement prioritization change aimed at border security and immigration enforcement.  Many of the personnel and teams in your division regularly partner with and cooperate with federal law enforcement officers for the purposes of furthering local criminal investigations and participating in joint criminal investigations.

Beginning in January of 2025, you received verbal direction, from every member of your chain of command, to the effect of:

- 2 -

- Insuring none of the personnel/teams in your division, assist any federal law enforcement officers with the enforcement of civil immigration violations.

  - Between January of 2025 and 06/13/25, you and I multiple verbal conversations on this topic and the importance that all supervisors in your division understood that we were not to assist with or participate in the enforcement of immigration violations.

  - Note: I am aware between January of 2025 and 06/13/25, you had multiple verbal conversations with Lt. Holdren, to insure our personnel were not assisting with or participating in the enforcement of immigration.

**Verbal Counseling 07/22/25:**

On 07/22/25, in light of the above, you and I discussed the following:

- The gravity and scope of this investigation and the series of actions taken by our personnel, as revealed by this investigation.

- The negative impacts on members of the public directly affected by the actions of our personnel.

- That persons in our Community have unnecessarily lost trust in the Sheriff's Office as a result of actions taken by our personnel.

- The resulting negative disciplinary impacts upon multiple personnel.

- The critical importance of communicating leadership intent/leadership philosophies to subordinate supervisors, especially when the central or underlying issue is so publicly contentious.

- The critical importance of following up with subordinate supervisors if there is any doubt they do not understand a directive, leadership intent or leadership philosophy.

| | | | |
|---|---|---|---|
| Art Smith | 07-22-25 | Curtis Brammer | 7-22-25 |
| | Date | | Date |
| Operations Division Chief | | Special Teams Captain | |