## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Gordon P. Gallagher

Date:                  June 24, 2026
Courtroom Deputy:      Donald L. Clement
Court Reporter:        Janet Coppock via VTC

---

Criminal Action No. **1:25-cv-02460-GPG-STV**          Counsel:

TODD ROWELL, i*n his individual capacity,*          Andrew Bradford Clauss
MATTHEW KING, i*n his individual capacity,*          Todd M. Starr
CURTIS BRAMMER, i*n his individual capacity,*          Chris Brophy
                                                     Andy Clauss
                                                     John Roads
                                                     Jacob Carruthers via VTC

       Plaintiff,

v.

PHILIP J. WEISER,          David Moskowitz
   *In his official capacity as the Attorney general for the*          Smauel Perry Wolter
   *State of Colorado,*          Talia Boxerman Kraemer
JARED POLIS,
   *In his official capacity as the Governor for the State of*
   *Colorado,*

       Defendant.

---

## COURTROOM MINUTES

---

**Video Motion Hearing**

**1:01 p.m.          Court in session.**

Appearances of counsel.

Court raises Status Report [D. 29] for discussion pertaining to claims and counts being dismissed. Mr. Starr provides argument pertaining to Count 3 being dismissed without prejudice. No objection from the Defendants.

**ORDERED:**  that Count 2 is dismissed without prejudice as stated on the record.

Court has reviewed the following documents prior to the hearing:

Court raises Motion to Dismiss [D. 18] for argument.

Mr. Wolter provides argument in favor of the motion.

Mr. Brophy provides response argument against the motion.

**2:21 p.m. Court in recess**
**2:35 p.m. Court in session**

Continued argument pertaining to Motion to Dismiss [D. 18]

Mr. Wolter provides reply to response.

Mr. Brophy provides surresponse.

Mr. Wolter provides surreply to surresponse.

**ORDERED:**  that [D. 18] Motion to Dismiss is taken under advisement.

**2:54 p.m.        Court is adjourned. Hearing concluded.**

Total time in court: 1 Hour 39  Minutes