IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02460-GPG-STV

TODD ROWELL, in his individual capacity,
MATTHEW KING, in his individual capacity, and
CURTIS BRAMMER, in his individual capacity,

      Plaintiffs,

v.

PHILIP J. WEISER, in his official capacity, Attorney General for the State of Colorado,
and JARED POLIS, in his official capacity, Governor for the State of Colorado,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed July 17, 2026, by the Honorable Gordon P. Gallagher, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Philip J. Weiser, in his official capacity, Attorney General for the State of Colorado, and Jared Polis, in his official capacity, Governor for the State of Colorado, and against Plaintiffs, TODD ROWELL, in his individual capacity, MATTHEW KING, in his individual capacity, and CURTIS BRAMMER, in his individual capacity, on Defendants' Motion to Dismiss. It is further

1

ORDERED that Plaintiff's Complaint and action are dismissed.

DATED at Denver, Colorado this <u>17th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk